IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANETTE CRANDELL,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. 2:08-CV-0341-JPH<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

　　The parties have filed a stipulated motion for remand. After considering the motion, it is ORDERED that the motion is **GRANTED**.

　　The Commissioner's decision in regard to Plaintiff's applications for disability benefits and supplemental security income under Titles II and XVI of the Social Security Act is **reversed and remanded** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　On remand, the ALJ will hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ will: (1) give consideration to treating and examining source opinions and articulate the weight given to medical evidence, including evidence pertaining to carpal tunnel syndrome and evidence sent to the Appeals Council with the request for review; (2) update the record regarding Plaintiff's

Page 1　　ORDER - [2:08-CV-0341-JPH]

impairments; (3) reevaluate "other source" evidence in the record and articulate the weight given, including information provided by Danielle Riggs, ARNP, Plaintiff's primary health care provider; (4) reevaluate Plaintiff's credibility and residual functional capacity; (5) if warranted, obtain vocational expert testimony to assist in determining whether Plaintiff can perform work related activities at steps four and five of the sequential evaluation process and: (a) ask hypothetical questions that reflect the specific capacity/limitations established by the record as a whole, (b) ask the vocational expert to identify examples of appropriate jobs and relative incidence of such jobs, and (c) before relying upon the vocational expert evidence, identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles/Selected Characteristics of Occupations; and (6) complete the sequential evaluation process.

Plaintiff is entitled to seek costs and reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 17th day of June, 2009.

s/ James P. Hutton

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

Page 2    ORDER - [2:08-CV-0341-JPH]