1

2               UNITED STATES DISTRICT COURT

3               EASTERN DISTRICT OF WASHINGTON

4

5   DANETTE CRANDELL,                )
                                     )
6           Plaintiff,               )
                                     )        NO.  CV-08-0341-JPH
7        vs.                         )
                                     )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,               )        **CIVIL CASE**
    Commissioner of Social Security, )
9                                    )
            Defendant.               )
10                                   )
    _____ )
11

12   **STIPULATION BY THE PARTIES:**

13        The parties have stipulated to the remand of the captioned matter pursuant to

14   sentence four of 42 U.S.C. § 405(g).

15        **IT IS ORDERED AND ADJUDGED** that:

16        The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19        DATED this 17th day of June, 2009.

20                                    JAMES R. LARSEN
                                      District Court Executive/Clerk
21

22

23                                    by: _____
                                          Deputy Clerk
24

25

26   cc: all counsel